AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

<span style="color:red">FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 10, 2026**

SEAN F. McAVOY, CLERK</span>

| | |
|---|---|
| AARON MICHAEL SURINA, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| SPOKANE COUNTY, | ) |
| *Defendant* | ) |

Civil Action No.   2:26-CV-0048-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Plaintiff's Motion to Amend (ECF No. 37) is DENIED. This action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   REBECCA L. PENNELL _____

Date:   06/10/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*